FILED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO J. THOMAS )
1008 Edgepate Terrace )
Fort Washington, MD 20744 )
Plaintiff, )
)
vi. )
)
) CASE NUMBER 1:06CV00075
)
JOHN E. POTTER ) JUDGE: John D. Bates
Postmaster General )
United States Postal Service ) DECK TYPE: Employment Discrimination
)
Defendant, ) DATE STAMP: 01/13/2006

JURY ACTION

## COMPLAINT

I, Marco J. Thomas, (henceforth "Plaintiff") (**requests a Trial By Jury**) in the above-referenced matter Date: October 17, 2005, Agency Case No. 4K-220-0064-02, Filed on May 31, 2002 for Discrimination of Disability (Mental Illness) & Retaliation/Reprisal (prior EEO Activity) and instilling a hostile work environment when:

1. On March 16, 2002 he was instructed to case and deliver 13 feet of mail within 8 hours;

2. On March 16, 2002, his request for 1 hour overtime was denied;

3. On March 15, 2002, he was issued a Letter of Warning;

4. He was charged leave without pay (LWOP) for the week of May 20 – 26, 2002;

5. He suffered stress that prevented him from returning to work through July 3, 2002;

6. On December 26, 2001 and January 31, 2002, he was placed on LWOP causing him the inability to pay his bills; and

RECEIVED
DEC 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

7. On August1 – 3, 2002, he put in a leave slip for overtime and was denied and harassed.

On September 10, 2003, Plaintiff was served with **ACKNOWLEDGEMENT AND ORDER (A&O)** (*6 pages attached*). Plaintiff and Agency were allowed to participate in Discovery (see **V. DISCOVERY** pages 2 thru 4, of **A&O**).

On October 16, 2003 the Plaintiff served his first set of discovery requests to the agency, however the agency has not then and to date responded to Plaintiff discovery requests, (*attached (w) cert. mailings and purchases*).

On October 21, 2003 the agency served it's first set of discovery requests to Plaintiff and on November 26, 2003, Plaintiff's representative (Simon Banks) submitted responses to Discovery to the agency (*see **FINAL AGENCY DECISION** pages 2 thru 4, paragraphs. 4 thru 8*).

On August 3, 2005, Plaintiff received a **DECISION**, Appeal No. 01A42767, Hearing No. 100-2003-8242X (*attached 5 pages*), "the agency's decision dismissing complainant's complaint is **REVERSED**, and we **REMAND** the matter to the agency for further processing in accordance with this decision and applicable regulations."

On August 5, 2005, Ref: Compliance #: 06A51027, Appeal #: 01a42767, EEOC, Office of Federal Operations Robert J. Barnhart, Director Compliance and Control Division issued a notice to the USPS – Capital – Metro Mgr, EEO Compliance and Appeals (*attached*) "to take corrective action related to the appellant's complaint"

However, the agency has not processed this matter in accordance with this **DECISION** and applicable regulations, they have not taken corrective action requested in paragraph 2 of the notice, (in lieu of Plaintiffs rights to seek/participate in discovery of

request for adequate information to represent himself fairly or adequately in this matter) the agency has violated the Plaintiff's rights in accordance with **29C.F.R. S 1614.109(d)**. participate/seek discovery. Or in the alternative I request the court to send my case back to the agency.

WHEREFORE, the motion to dismiss should be denied and Plaintiff's request a immediate ruling in this Complaint in his favor and be rewarded the relief's of, 1) expunge all records of reprimand(s) or adverse actions against Plaintiff from January 2002 through August 2002 listed within. 2) be made whole for all lost wages and benefits from January 2002 through August 2002. 3) Compensatory and punitive damages (pain & suffering) 4) made whole for all legal fees accrued January through August 2002 5) Compensation for all related medical bills to work related Medical Illnesses (Stress, Anxiety, Depression) from January 2002 to August 2002.

Respectfully Submitted/Requested.

Mr. MARCO J. THOMAS, PLAINTIFF
10008 Edgewater Terrace
Ft. Washington MD 20744-5767
(301) 567-2473