UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARCO J. THOMAS )
    Plaintiff, )
 )
v. )
 )
 )   06 0075
JOHN E. POTTER )
Postmaster General )
United States Postal Service )
 )
    Defendant, )   Date: December 22, 2005

**PLAINTIFF'S MOTION FOR
APPOINTMENT OF LEGAL CANCEL**

I, Marco J. Thomas, Plaintiff request **Legal Cancel / Representation** for Civil.

Plaintiff is unable to solely represent himself because of his disabled medical condition (Mental Illness). Plaintiff has been disabled since February of 2002 and is currently and will continue to be disabled through December 2006 (*see attachment #1 Medical notice from Arnold O. D. Peterson, Ph .D. date: 11/20/2005*).

Additionally, Plaintiff cannot afford Legal Cancel/Representation at this time due to his insufficient income. Plaintiff only receives income from the Department Of Social Services (DSS) in the amounts of: $133.00 for Food Stamp Assistance (FSA) and $185.00 for Transitional Emergency Medical and Housing Assistance (TEMHA), for a total of $318.00 per month.

                                                     Respectfully Submitted/Requested.

                                                     *[signature]*

                                                     Mr. MARCO J. THOMAS, PLAINTIFF
                                                     10008 Edgewater Terrace
                                                     Ft. Washington MD 20744-5767
                                                     (301) 567-2473

MD Lic. #385

Imagine a World Without War. Peace on Earth!
Think. Talk. Write for Democratic World Federated Government

Arnold O. D. Peterson, PH. D.
601 East Randolph Road, Apt. T09
Silver Spring, Maryland 20904
Telephone 301-879-5191

December 20, 2005

Re: Marco J. Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment for a Generalized Anxiety Disorder (DSM-IV 300.02), since February 2002 to the present.

His symptoms initiatlly were strongly work related, though still work related it is still a part of Mr. Thomas' illness to date, his symptoms under cut his wellbeing in his daily personal life. He continues to experience suffering from debilitating headaches, increased depression, some disorientation of time, panic attacks, loss of concentration and sleep depravation for which results in him being totally incapacitated and disabled at this time and through December of 2006.

Sincerely,

*Arnold O. D. Peterson, Ph. D.*
Arnold O. D. Peterson, Ph. D.
Psychotherapist

06 0075
FILED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT