UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO J. THOMAS,**<br><br>    Plaintiff,<br><br>        v.<br><br>**JOHN E. POTTER,**<br><br>    Defendant. | Civil Action No.  06-0075 (JDB) |

## TRANSFER ORDER

Plaintiff, proceeding *pro se*, brings this action alleging employment discrimination by his employer, the United States Postal Service.  Plaintiff's claim arises from his position at the Arlington, Virginia Post Office.  For the reasons stated in the Memorandum Opinion issued today by this Court in *Thomas v. Potter*, Civil Action No. 05-1923 (D.D.C.), venue is improper in this district.  Accordingly, pursuant to 28 U.S.C. § 1404(a), it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

/s/
JOHN D. BATES
United States District Judge

Dated: 2-8-06

-1-